

# Fourth Court of Appeals
## San Antonio, Texas

October 26, 2018

No. 04-18-00397-CV

**MPII, INC.** D/B/A Mission Park Funeral Chapels and Cemeteries,
Appellants

v.

Timothy **MOTT** and Sharlotte Mott,
Appellees

From the 131st Judicial District Court, Bexar County, Texas
Trial Court No. 2016CI00572
Honorable Norma Gonzales, Judge Presiding

## O R D E R

   Appellant's second motion for extension of time to file its brief is GRANTED. Appellant's brief is due **November 30, 2018**. No further extensions will be granted.

_____
Karen Angelini, Justice

   IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 26th day of October, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court